# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LORRAINE MASIE,**

                **Plaintiff,**

**-vs-**                                                           **Case No.  6:04-cv-1067-Orl-22KRS**

**JO ANNE B. BARNHART, Commissioner
of Social Security,**

                **Defendant.**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **SECOND MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 17)**
>
> **FILED:**      **December 1, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Lorraine Masie, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  A final judgment reversing the decision below was entered on September 30, 2005.  Doc. No. 14.  An award of fees and expenses is, therefore, ripe for consideration.

Masie's attorney seeks $3,477.33 in attorney's fees for 22.93 hours worked in 2004 and 2005. The hourly rate she seeks is  pursuant to a provision in the EAJA that allows the Court to adjust the

statutory hourly rate based on changes in the cost of living EAJA. Masie presented the cost of living index through 2004, which supports the hourly rate requested for work performed in 2004 and 2005.[1]

The defendant, the Commissioner of Social Security, does not object to the hourly rate or number of hours worked. Therefore, in the absence of objection, I find that the requested hourly rate and number of hours worked are reasonable.

It is, therefore, **ORDERED** that Masie is awarded $3,477.33 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Masie does not request a higher hourly rate for work performed in 2005.